AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| JOSE SANTOS MAURICIO RAMIREZ ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 18-cv-296 (ST) |
| ROKA JAPANESE FOOD, INC., et al. ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ **the plaintiff** *(name)* JOSE SANTOS MAURICIO RAMIREZ recover from the defendant *(name)* ROKA JAPANESE FOOD, INC. and MEI LIN the amount of 365,457.67 dollars ($ 365,457.67 ), which includes prejudgment interest at the rate of 9.00 %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☐ **other:**
_____.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☑ tried by Judge Steven L. Tiscione without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____.

Date:  December 18, 2020

CLERK OF COURT

/s/ Matthew C. DeSaro

*Signature of Clerk or Deputy Clerk*